**SO ORDERED.**
**SIGNED this 6th day of January, 2016**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:   BRETT SPRADLIN WORLEY          #10-34955-SHB
         SAMANTHA KARRIE WORLEY          Chapter 13

ORDER

Upon consideration of the Reply filed by JPMorgan Chase Bank, N.A. to the Trustee's Notice of Final Cure and after notice of hearing held on January 6, 2016 it is hereby

**ORDERED** that the debtors' mortgage loan serviced by JPMorgan Chase Bank, N.A. is hereby deemed current through the month of October 2015.

# # #

APPROVED FOR ENTRY:

/s/Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #7280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
865-524-4995